1

2

3

4

5                                    Hon. Benjamin H. Settle

6

                    UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON AT TACOMA

7  ELY CRAWFORD and AIMEE CRAWFORD,          Case No. 3:25-cv-05063
   *individually and on behalf of their marital
8  community*,

9         Plaintiffs,

              vs.                            **ORDER GRANTING PLAINTIFF'S**
10                                           **MOTION TO SUBSTITUTE**
   RADIUS RECYCLING, INC. *fdba*             **PARTIES UNDER FED. R. CIV. P.**
11 SCHNITZER STEEL INDUSTRIES, INC.;         **25(a)**
   TAYLOR MUNSON; KEVIN MCINTOSH,
   LACEY WESSON; JOHN DOES 1-10; AND
12 COMPANY DOES 1-10,

13        Defendants.

14        Pursuant to the Plaintiff's Motion to Substitute Parties, the Court hereby orders that the

15 Personal Representative of Ely Crawford's Estate, Aimee Crawford, be substituted for the

16 Plaintiff, Ely Crawford under Fed. R. Civ. P. 25(a). The parties shall update the caption to

17 reflect this substitution.

18        The Motion is GRANTED

19            Dated this 9th day of May, 2025.

20

21

22            _____
              Hon. Benjamin H. Settle,
              UNITED STATES DISTRICT JUDGE
23

ORDER GRANTING PLAINTIFF'S MOTION TO          Lunde Lunde, PLLC
SUBSTITUTE PARTIES FED. R. CIV. P. 25(a)       6817 27th Ave West, #65454
- Page 1                                       University Place, WA 98466
                                               Phone: (253)302-0136
                                               Email: ELunde@LundeLegal.com

1    //
2    //

3    Presented by:

4    LUNDE LEGAL, PLLC

5    ___/s/ Elizabeth G. Lunde_____
     Elizabeth G. Lunde, WSBA No. 51565
6    6817 27th Ave West, # 65454
     University Place, WA 98466
7    Telephone: (253)302-0136
     Email: ELunde@LundeLegal.com
8    *Attorney for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING PLAINTIFF'S MOTION TO
SUBSTITUTE PARTIES FED. R. CIV. P. 25(a)
- Page 2

Lunde Lunde, PLLC
6817 27th Ave West, #65454
University Place, WA 98466
Phone: (253)302-0136
Email: ELunde@LundeLegal.com